■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE J. REID, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REGINALD ROBERTSON, Appellant.— Motion by appellant for assignment of counsel granted. George M. Fleary, Esq., 1170 Fulton St., Brooklyn, N. Y., is assigned as counsel to prosecute the appeal. Appellant's time to perfect the appeal is further enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NAPOLEON STROUD, Appellant.— Motion by appellant to dispense with printing granted. The appeals will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinions, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeals is enlarged to the April Term, beginning March 26, 1962; appeals ordered on the calendar for said term. Motion for assignment of counsel granted. R. Risley Dent, Jr., Esq., 1170 Fulton St., Brooklyn, N. Y.,